**CHRISTIAN ANDERSON PLC**
JAMES S. CHRISTIAN (SBN 023614)
5050 North 40th Street, Suite 320
Phoenix, Arizona 85018
Telephone: (602) 478-6828
Email: James@ChristianAndersonLaw.com
*Local Counsel for Public Employees' Retirement System of Mississippi*

**LABATON SUCHAROW LLP**
JAMES W. JOHNSON (PHV)
MICHAEL H. ROGERS (PHV)
JAMES T. CHRISTIE (PHV)
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
*Counsel for Public Employees' Retirement System of Mississippi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Public Employees' Retirement System of Mississippi, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 2:18-cv-00695-SPL |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissial Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| v. | |
| Sprouts Farmers Market, Inc., J. Douglas Sanders, Amin N. Maredia, Donna Berlinski, Andrew S. Jhawar, Shon Boney, Joseph Fortunato, Lawrence P. Molloy, Steven H. Townsend, AP Sprouts Holdings, LLC, AP Sprouts Holdings (Overseas), L.P., Barclays Capital Inc., and Morgan Stanley & Co. LLC, | **(Honorable Steven P. Logan)** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Public Employees' Retirement System of Mississippi ("Plaintiff") hereby voluntarily dismisses this action in its entirety without prejudice as to all Defendants.  No Defendant has filed an answer or a motion for summary judgment.

Dated:  March 20, 2018

Respectfully submitted,

**CHRISTIAN ANDERSON PLC**

s/ James S. Christian
JAMES S. CHRISTIAN
5050 North 40th Street, Suite 320
Phoenix, Arizona 85018
Telephone: (602) 478-6828
James@ChristianAndersonLaw.com
*Local Counsel for Public Employees'
Retirement System of Mississippi*

**LABATON SUCHAROW LLP**
JAMES W. JOHNSON
MICHAEL H. ROGERS
JAMES T. CHRISTIE
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
*Counsel for Public Employees' Retirement
System of Mississippi*

CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addressed denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document via the United States Postal service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *James S. Christian*
James S. Christian